| | |
|---|---|
| 1 | Rory C. Quintana (SBN 258747) |
| | QUINTANA HANAFI, LLP |
| 2 | 870 Market St., Ste. 1115 |
| | San Francisco, CA 94102 |
| 3 | Telephone: (415) 504-3121 |
| | Fax: (415) 233-8770 |
| 4 | rory@qhplaw.com |

*Attorneys for Plaintiff*

JOHN S. HONG, Bar No. 255150
jhong@littler.com
MEL M.C. COLE, Bar No. 293265
mmcole@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY DECOITE,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**FIDELITY NATIONAL MANAGEMENT SERVICES, LLC,** d.b.a. **FIDELITY NATIONAL TITLE GROUP,** a Delaware limited liability company; and **DOES 1 through 10**, inclusive,<br><br>Defendants. | **CASE NO.: 3:16-cv-04405-RS**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>**Judge:**     Hon. Richard Seeborg<br>**Action Filed:** August 4, 2016 |

**WHEREAS**, Plaintiff Amy DeCoite (herein "Plaintiff") and Defendant Fidelity National Management Services, LLC (herein "Defendant") (collectively, "the Parties") have agreed to fully settle the instant action and have entered into a settlement;

**NOW THEREFORE**, the Parties request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above-titled action as to all parties, with each party bearing his or its own fees and costs.

Dated: August 4, 2017	Respectfully submitted,

QHP, LLP

By:___*s/Rory C. Quintana*_____
      Rory C. Quintana
*Attorney for Plaintiff*


Dated: August 4, 2017	Respectfully submitted,

LITTLER MENDELSON, P.C.


By:__/s/*Mel M.C. Cole*_____
      Mel M.C. Cole
*Attorney for Defendants*

**[~~PROPOSED~~] ORDER**

Having been advised by the Parties that a Settlement Agreement and Release of All Claims was entered into, and having been requested to enter dismissal with prejudice by the parties, the matter *DeCoite v. Fidelity National Management Services, LLC,* United States District Court, Northern District of California, Case No. CV 3:16-cv-04405-RS, is, HEREBY DISMISSED, with prejudice in its entirety as to all parties, pursuant to the parties' stipulation.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dated: 8/7/17

*[signature]*

Hon. Richard Seeborg
United States District Court Judge